**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:20-CR-00230-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RAYYUN DERRELL SLEDGE (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objection thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court ACCEPTS the guilty plea of the defendant, RAYYUN DERRELL SLEDGE, and adjudges him guilty of the offense charged in Count Two of the Indictment against him.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the District Court ACCEPTS Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) seized in this matter.

MONROE, LOUISIANA, this 1st day of June 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE